# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2020

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ASSOCIATED AVIATION UNDERWRITERS, *et al*.,<br>    Defendants. | 1:20-mc-787<br><br>(Originally Case No. 65-Civ.-2400)<br><br>**MEMO ENDORSED** |

### ~~[PROPOSED]~~ ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of Plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: 12/22/2020

*Valerie Caproni*
United States District Court Judge
Southern District of New York

---

The Court remains baffled as to why this effort to dismiss judgments that have been on the books for years and that are, so far as the Court can tell, neither helping nor harming competition, is a good expenditure of DOJ Antitrust attorney time or of judicial time. Nevertheless, the Government's motion is granted.